IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TOMAS DIEGUEZ, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-15-857-M |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

### ORDER

On August 27, 2015, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2241, seeking a writ of habeas corpus. The Magistrate Judge recommended that petitioner's Petition for a Writ of Habeas Corpus be denied, and, that petitioner's *Bivens* action be dismissed with prejudice. Petitioner was advised of his right to object to the Report and Recommendation by September 16, 2015. A review of the record reveals no objection to the Report and Recommendation has been filed.

Accordingly, upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 9] issued by the Magistrate Judge on August 27, 2015;

(2) DENIES the Petition for a Writ of Habeas Corpus; and

(3) DISMISSES plaintiff's *Bivens* action with prejudice.

**IT IS SO ORDERED this 30th day of September, 2015.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE